FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JAN 28 AM 9:44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TITAN CONSTRUCTION COMPANY, )
LLC, )
                                   )
    Plaintiff,           )
                                   )    CASE NO. CV411-224
v.                                 )
                                   )
CBC NATIONAL BANK,        )
                                   )
    Defendant.          )
                                   )

## O R D E R

On September 30, 2013, the Eleventh Circuit remanded this case to this Court for the limited purpose of determining whether the parties are diverse. (Doc. 48.) Plaintiff argues that complete diversity does not exist because one of its members, Anthony Adams, Jr., was a Florida citizen at the time of filing. Id. at 1. Defendant, however, contends that Mr. Adams was a Georgia citizen at the time of filing. Id.

Whether the parties were completely diverse at the time of filing was not at issue while this case was initially pending before this Court. As a result, this Court has yet to receive any argument on the matter.[1]

---

[1] On October 11, 2013, Plaintiff did file an affidavit of Mr. Adams stating that he is, and had been for five years, a Florida resident. (Doc. 49.) However, no other supporting evidence or arguments have been filed by either party.

Accordingly, both parties are **DIRECTED** to file briefs in support of their respective positions within **thirty days** from the date of this order. The briefs should properly plead the citizenship of each party to this case, specifically the names and citizenships of each member of Plaintiff Titan Construction Company, LLC, and in particular Anthony Adams, Jr.

SO ORDERED this 27th day of January 2014.

                                        WILLIAM T. MOORE, JR.
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA